# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3699

_____

Tommy D. Smith,                            *
                                           *
            Appellant,                      *
                                           *   Appeal from the United States
      v.                                    *   District Court for the Eastern
                                           *   District of Arkansas.
Michael Deloney, Investigator,              *
Arkansas Department of Correction           *   [UNPUBLISHED]
originally sued only as Deloney;            *
Cindy Courington, Investigator,             *
Arkansas Department of Correction           *
originally sued only as Courington,         *
                                           *
            Appellees.                      *

_____

Submitted: October 8, 2009
     Filed: October 8, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Inmate Tommy D. Smith appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. The district court granted summary

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansans.

judgment after finding that Smith had failed to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a), and on appeal Smith fails to address this issue. Therefore, he has abandoned the issue for purposes of this appeal, *see Jasperson v. Purolator Courier Corp.*, 765 F.2d 736, 740 (8th Cir. 1985) (issues not raised on appeal are deemed abandoned). Because this was the only issue decided by the district court and it is dispositive, we affirm.

Accordingly, we affirm.

_____